UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOHN DELOMBA

      v.                    CA No. 05-484-T

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration

### ORDER

Defendant's Motion to Affirm (Document No. 6) is hereby GRANTED and Plaintiff's Motion to Reverse (Document No. 5) is hereby DENIED. Final judgment may enter in favor of the Defendant.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: Oct. 13, 2006